IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELEMENT FINANCIAL CORPORATION : | | CIVIL ACTION |
| f/k/a COACTIV CAPITAL : | | |
| PARTNERS, INC. : | | |
| : | | |
| v. : | | |
| : | | |
| COMQI, INC. : | | NO. 14-2670 |

ORDER

AND NOW, this 7th day of October, 2014, upon consideration of defendant ComQi, Inc.'s motion to dismiss for lack of jurisdiction, lack of standing, and failure to state a claim (docket entry #5), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

1. Defendant's motion to dismiss for lack of personal jurisdiction is GRANTED;

2. Defendant's motions to dismiss for lack of standing and failure to state a claim are DENIED AS MOOT;

3. Plaintiff's Complaint (docket entry #1) is DISMISSED; and

4. The Clerk of Court shall CLOSE this case statistically.

BY THE COURT:

\_\_/s/ Stewart Dalzell, J.
Stewart Dalzell, J.